AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Wells Fargo Clearing Services, LLC

CASE NUMBER: 1:23-cv-14707

V.

ASSIGNED JUDGE: Honorable Joan H. Lefkow

Scott Reed

DESIGNATED
MAGISTRATE JUDGE: Honorable Jeffrey Cole

TO: (Name and address of Defendant)

Scott Reed
3350 E. Jacinto Ave
Mesa, AZ 85204-7300

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gary I. Blackman
Levenfeld Pearlstein, LLC
120 S. Riverside Plaza, Suite 1800
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, ____21____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.